UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BRYAN CASS,<br><br>          Petitioner,<br><br>     v.<br><br>SONOMA COUNTY SUPERIOR COURT,<br><br>          Respondent. | Case No. 5:22-cv-01325 EJD<br><br>**ORDER OF DISMISSAL** |

On March 2, 2022, Petitioner, a California inmate, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 3. This matter was reassigned to this Court on March 3, 2022. Dkt. No. 5.

The deadline has passed, and Petitioner has failed to file an IFP application in the time provided. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated:      April 18, 2022

EDWARD J. DAVILA
United States District Judge